

CUSM

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF TENNESSEE

### ORDER OF PRODUCTION

FILED BY ____ D.C.
05 JUL 18 AM 8:21
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

NO: 1:03-10052-02-T
USA v. DAVID PASCAL
AD    Prosequendum
FOR: RE-SENTENCING HEARING

TO:  USM, Western District of TN
     Warden, __FCI MEMPHIS, FEDERAL CORRECTIONAL INSTITUTION__
     1101 JOHN A. DENIE ROAD, MEMPHIS, TN  38134

YOU ARE HEREBY COMMANDED to have the person of __DAVID PASCAL__, Inmate # __19215-076__, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee,** at __8:30__ a.m. on the __17th__ day of __August__, 20__05__, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS __15th__ DAY OF __July__, 20_____.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7/20/05__

100

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 1:03-CR-10052 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT